This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOHN DOYLE and**
**ROBERT WOOLEVER,**

  Plaintiffs-Appellants,

**v.**                                                                NO. 34,609

**THE ALBUQUERQUE POLICE**
**OFFICERS' ASSOCIATION (APOA);**
**FILBERTO SIGALAa/k/a JOEY SIGALA,**
**individually and as president of the APOA;**
**RONALD OLIVAS, individually and as**
**an employee and director of the APOA;**
**STEPAHNIE LOPEZ, individually and**
**as president fo the APOA; SHAUN**
**WILLOUGHBY, individually and as vice-**
**president of the APOA; and FREDERICK**
**MOWRER, individually and as counsel**
**of the APOA,**

  Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Grover Law, LLC
Thomas R. Grover
Albuquerque, NM

for Appellants

Youtz & Valdez, P.C.
Shane C. Youtz

Stephen Curtice

Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Chief Judge**

**WE CONCUR:**

_____

**CYNTHIA A. FRY, Judge**

_____

**LINDA M. VANZI, Judge**

2